IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAMONT M. GIBSON, SR., | : |
| | : |
| Plaintiff | : |
| | : |
| v. | : CIVIL NO. 4:CV-16-514 |
| | : |
| K. SMITH, ET AL., | : (Judge Brann) |
| | : |
| Defendants | : |

**ORDER**

April 19, 2016

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's in forma pauperis motion is construed as a motion to proceed without full prepayment of fees and costs and the motion is **GRANTED**.[1]

2. Gibson's action is **DISMISSED WITHOUT PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915.

3. The Clerk of Court is directed to **CLOSE** the case.

---

[1] The Clerk of Court is directed to issue the Administrative Order to the Warden directing the Warden to begin deducting money from the inmate's account in the manner described in the Administrative Order.

4. Any appeal from this Order will be deemed frivolous, without probable cause and not taken in good faith.

BY THE COURT:

  s/ Matthew W. Brann
Matthew W. Brann
United States District Judge